UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| SANDRA BLANCHE | * | CIVIL ACTION NO. 3:13CV2657 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| SOCIAL SECURITY ADMINISTRATION, CAROLYN COLVIN ACTING COMMISSIONER | * | MAGISTRATE JUDGE KIRK |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 24] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision be **AFFIRMED**, in its entirety, and that this civil action be **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss [Doc. No. 27] is **DENIED**.

MONROE, LOUISIANA, this 27th day of August, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE